## Commonwealth *v.* Ryhal, Appellant.

Submitted November 8, 1971. *S. Sanford Kantz,* and *Levine and Kantz,* for appellant; *James A. Caldwell,* Assistant District Attorney, and *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.